IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| E.T.S., JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:18-CV-087-D |
| | § | |
| NANCY A. BERRYHILL, | § | |
| Acting Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff has appealed the decision of the Commissioner of the Social Security Administration denying plaintiff disability insurance benefits and supplemental security income. The United States Magistrate Judge entered her findings, conclusions, and recommendation on February 28, 2019, recommending that the decision of the Commissioner be affirmed. No objections have been filed.

The undersigned United States District Judge has made an independent examination of the record in this case, adopts the findings, conclusions, and recommendation of the magistrate judge, and affirms the Commissioner's decision.

**SO ORDERED**.

March 21, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE